# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2009

136580 & (22)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 136580
COA: 283135
Allegan CC: 03-034010-DJ

CESAR CASSARRUBIAS,
      Defendant-Appellant.

_____/

      By order of October 27, 2008, the defendant's appellate counsel was directed to file a supplemental brief. On order of the Court, appellate counsel's response having been received, the application for leave to appeal the April 25, 2008 order of the Court of Appeals is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2009                                          Clerk

s1014